**93–2130.** State v. Mayle. *Carroll County*, No. 603. On motion for leave to withdraw as counsel. Motion granted.

**93–2131.** State v. Baker. *Carroll·County*, No. 608. On motion for leave to withdraw as counsel. Motion granted.

**93–2132.** In re Petition for Forfeiture of 1978 Kenworth Tractor & E. Semi–Dump Trailer. *Carroll County*, No. 605. On motion for leave to withdraw as counsel. Motion· granted.

**93–2137.** Harris v. Babcock & Wilcox Co. *Summit County*, No. 16017. On motion for leave to file memorandum in support of cross-appeal instanter. Motion granted.

RESNICK and F.E. SWEENEY, JJ., dissent.

**93–2309.** Ralston v. Chrysler Credit Corp., N.B.A. *Lucas County*, No. L–92–147. On motion to dismiss or for extension of time. Motion denied; twenty-day extension granted.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.

**93–2347.** State ex rel. Pirman v. Money. In Mandamus. On motion for leave to appear *pro hac vice*. Motion denied.

**93–2393.** State v. Schilling. *Delaware County*, No. 88–CA–38. On motion to reconsider denial of extension. Motion denied.

**93–2419.** Corbin v. Pub. Util. Comm. Public Utilities Commission, Nos. 93–913–TP–CSS and 93–685–TP–CSS. On motion for leave to intervene of Chillicothe Telephone Company. Motion granted.

**93–2432.** Ohio Bur. of Workers' Comp. v. Etheridge. *Cuyahoga County*, No. 63692. On motion for leave to file memorandum in support instanter. Motion granted.

**93–2475.** State ex rel. K–Mart Corp. v. Indus. Comm. *Franklin County*, No. 92AP–1373. On motion to dismiss and on motion for leave to file notice of appeal instanter. Motion to dismiss denied; motion for leave granted.

WRIGHT, F.E. SWEENEY and PFEIFER, JJ., dissent.

**93–2504.** State v. Brust. *Pike County*, No. 478. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**94–1.** State ex rel. Northpoint Athletic Club II v. Corrigan. On motion to dismiss. Motion denied.

WRIGHT and RESNICK, JJ., dissent.